```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  BARBARA BRENNAN SILANO (MASSBAR 055540)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, Ca. 94102
        Tel: (415) 436-7223
 7
    Attorneys for Plaintiff
 8
```

FILED
06 MAY -2 PM 4:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 06 0316 |
| Plaintiff, | [PROPOSED] ORDER TO SEAL |
| v. | |
| UNDER SEAL INDICTMENT | SAN FRANCISCO VENUE  MHP |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the indictment and arrest warrants in the above captioned case are to be filed under seal.

IT IS FURTHER ORDERED THAT file stamped copies of the indictment and arrest warrants are to be provided to the United States Attorney's Office in order to prosecute the matter.

IT IS FURTHER ORDERED THAT the indictment and arrest warrants are to remain under seal until further Order of this court..

May 2, 2006

HON. ELIZABETH LAPORTE
UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION AND ORDER