KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7223

Attorneys for Plaintiff

FILED
MAY 03 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 06-0316 MHP |
| Plaintiff, | [PROPOSED] ORDER TO UNSEAL |
| v. | SAN FRANCISCO VENUE |
| UNDER SEAL INDICTMENT | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the indictment in the above captioned case is ORDERED unsealed.

HON. ELIZABETH LAPORTE
UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION AND ORDER