KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7223

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- |
| Plaintiff, | [PROPOSED] ORDER TO UNSEAL |
| v. | SAN FRANCISCO VENUE |
| IN RE SEARCH WARRANT | |

UNDER SEAL OF COURT

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the application for search warrant, search warrant and affidavit in support of the search warrant for the following locations are hereby ORDERED unsealed:

1. 32 Heath Court, Daly City, Daly City, California,
2. 635 Olmstead Street, San Francisco, California,
3. 830 Birchwood Drive, Pittsburg, California,
4. 2513 Covelite Way, Antioch, California,
5. 118 Texas Street, San Francisco, California,
6. 603 S. Eldorado Street, San Mateo, California,
7. 224 Windsor Drive, San Carlos, California,
8. 643 Connie Avenue, San Mateo, California,
9. 5318 Lake Boulevard, Newark, California,

UNSEALING APPLICATION AND ORDER

10. 416 Park Way Avenue, South San Francisco, California
11. 553 Bartlett Avenue, Hayward, California,
12. 760 El Rancho Drive, Livermore, California,
13. 39265 Covelo Road, Willits, California,
14. 677 Woodside Way, San Mateo, California,
15. 105 Nueva Street. Redwood City, California;;
16. 1438 Edgewood Road, Redwood City, California,
17. 967 Orange Avenue, San Carlos, California,
18. 505 East 39th Avenue, San Mateo, California, and
19. 1604 Freed Circle, Pittsburg, California.

May 4, 2006

HON. ELIZABETH LAPORTE
UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION AND ORDER