KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
STEPHEN H. JIGGER (CSBN 219430)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7223

Attorneys for Plaintiff

FILED
06 MAY -4 PM 3: 49
RICHARD H. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

IN RE COURT AUTHORIZED
ELECTRONIC SURVEILLANCE

No. **CR 06-0316 EDL**

[~~PROPOSED~~] ORDER TO UNSEAL

SAN FRANCISCO VENUE

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the following applications and orders authorizing electronic surveillance, interim reports, sealing orders, and motions and orders to postpone inventories are ORDERED unsealed in the cases as follows:

| |
|---|
| July 15, 2005: CR 05-90348 MISC- MJJ |
| September 1, 2005: CR 05-90348 MISC- MJJ |
| October 18, 2005: CR 05-90471-MISC- MJJ |
| November 16, 2005: CR 05-90471- MISC- MJJ |
| November 29, 2005: CR 05-90548- MISC-JSW |
| January 12, 2006: CR 06-90017 MISC- MJJ |
| February 13, 2006: CR 06-90061-MISC-CRB |

UNSEALING APPLICATION AND ORDER

1 | February 28, 2006: CR 06-90076 MISC-MJJ
2
3
4 HON. MARTIN J. JENKINS
  UNITED STATES DISTRICT COURT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNSEALING APPLICATION AND ORDER