KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
STEPHEN H. JIGGER (CSBN 219430)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, Ca. 94102
   Tel: (415) 436-7223

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR- 06-0316 MHP |
|    Plaintiff, ) | |
| v. ) | |
| ) | [PROPOSED] SPEEDY TRIAL ORDER |
| STANLEY JAMES PRYOR, JR., et al., ) | |
|    Defendants, ) | |

GOOD CAUSE APPEARING the Court finds this case complex under 18 U.S.C. §3161(h)(8)(A) and B(i)(ii). The case involves approximately six overlapping months of electronic surveillance on seven separate lines covering four different subject's cellular telephones. Many of the conversations were intercepted using the "Push to Talk" feature on the Nextel phone, increasing the number of conversations counsel will have to review. A portion of the conversations are in Spanish and a portion are in Tongan. The indictment contains allegations against nineteen defendants covering criminal activity over approximately one year in time. Over two thousand pages of discovery have been made available and compact discs containing hundreds of hours of conversations have been provided. The Court finds that the case is so unusual and complex, due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

SPEEDY TRIAL ORDER                          1

within the time limits established under Title 18 U.S.C. § 3161(h)(8)(A) and (B)(ii)and (iv).

In addition, time is excluded for the following reasons: because defendants are being transported from the districts of Hawaii and Mississippi, time is excluded under Title 18 U.S.C. § 3161 (h)(1)(H); because there are pending motions to detain the defendants and several defendants are not yet before the district court, time is also excluded pursuant to 18 U.S.C. § 3161 (h)(1)(F); and because several of the defendants have stated that they intend to hire private counsel and need time to arrange representation, time is also excluded under 18 U.S.C. § 3161 (h)(8)(B)(iv).

The court finds specifically that the ends of justice are best served through the continuance and the need for effective preparation and other reasons cited herein outweigh the best interest of the defendants and the public in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time period between May 15, 2006 and May 30, 2006 is excluded from calculations pursuant to 18 U.S.C. §3161(h)(8)(A) and B(i),(ii), and iv; § 3161 (h)(1)(H);18 U.S.C. § 3161 (h)(1)(F); and 18 U.S.C. § 3161 (h)(8)(B)(iv).

DATED: ~~June 26, 2006~~

June 30, 2006



HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

SPEEDY TRIAL ORDER     2