1 | MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
2 | 819 Eddy Street
San Francisco, CA 94109
3 | Telephone: (415) 771-6174
Facsimile:   (415) 474-3748
4 |
5 | RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
6 | 2831 Telegraph Avenue
Oakland, CA 94609
7 | Telephone: (510) 763-9967
Facsimile:   (510) 272-0711
8 | Attorneys for Defendant
NATALI MEDINA CISNEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 06-0316-MHP |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING REGARDING DISCOVERY CATEGORIES IN DISPUTE** |
| STANLEY JAMES PRYOR, Jr., et. al. | |
| Defendants. | |

Defendant Natali Cisneros, by and through his counsel of record Michael Stepanian and Randy Sue Pollock, and Assistant United States Attorney Stephen Jigger hereby stipulate and agree to continue the hearing presently set for November 13, 2006, at 11 a.m to January 22, 2007 at 11 a.m..   This stipulation is being filed on behalf of all counsel in this case.

1 On November 8th William Osterhoudt, counsel for co-defendant Jason Marx, and Ms.
2 Pollock filed a Joint Defense Memorandum Identifying Wiretap Discovery Categories In
3 Dispute. AUSA Jigger was not provided with a draft of this motion until the end of the day
4 on November 8th due to the fact that this was a joint memorandum that other counsel
5 participated in preparing and it could not be completed sooner.

Additional discovery is still being sent to Colour Drop for duplication. AUSA Jigger estimates that the discovery that has been provided to the defense is in excess of 70,000 pages [at least 50 CDs]. Some of these CDs require special software in order to be viewed. The defense has started to review this discovery but it is voluminous.

At this point counsel are in agreement that additional time is necessary in order to review and assimilate all of the discovery in order to intelligently discuss and determine the specific items of discovery that are actually in dispute. Additionally, in defense counsel's recently filing on November 8th new items of discovery were identified which may have already been given to Colour Drop.

Due to the upcoming holidays, counsel have agreed to meet and confer on January 8, 2007, in order to discuss the discovery requests. We are proposing that this hearing be continued until January 22, 2007 and that any pleadings regarding the discovery issues be filed on January 16, 2007. We believe that the continuance will assist this Court so that the next hearing will address issues, if any, that are in dispute.

///
///
///
///
///
///
///
///

1     Counsel further stipulate and agree that the period of time from November 13, 2006 to
2 January 22, 2007 should be deemed excludable time under the Speedy Trial Act [18 U.S.C.
3 Section 3161(h)(8)] due to the complexity of the case and the need for effective preparation
4 by counsel.

Dated: November 9, 2006

/S/ Randy Sue Pollock
---
RANDY SUE POLLOCK
Co-Counsel for Defendant
NATALI MEDINA CISNEROS
ON BEHALF OF ALL COUNSEL AND
DEFENDANTS

Dated: November 9, 2006

/s/ Stepehn H Jigger
---
STEPHEN H. JIGGER
Assistant United States Attorney

SO ORDERED: 11/13/2006

---
MARILYN H. PATEL
Judge U.S. District Court

IT IS SO ORDERED
Judge Marilyn H. Patel
*United States District Court, Northern District of California*