1 MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
2 819 Eddy Street
San Francisco, CA 94109
3 Telephone: (415) 771-6174
Facsimile: (415) 474-3748
4
RANDY SUE POLLOCK
5 Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
6 Oakland, CA 94609
Telephone: (510) 763-9967
7 Facsimile: (510) 272-0711

8 Attorneys for Defendant
NATALI MEDINA CISNEROS

9
10
11 UNITED STATES DISTRICT COURT
12 NORTHERN DISTRICT OF CALIFORNIA
13 ooo
14 UNITED STATES OF AMERICA,   CR. No. 06-0316-MHP
15         Plaintiff,
16 vs.                                                                    **STIPULATION TO CONTINUE HEARING REGARDING DISCOVERY CATEGORIES IN DISPUTE**
17
18 STANLEY JAMES PRYOR, JR., et. al.
19         Defendants.
20 _____/
21
22
23         Defendant Natali Cisneros, by and through his counsel of record Michael Stepanian
24 and Randy Sue Pollock, and Assistant United States Attorney Steve Jigger hereby stipulate
25 and agree to continue the hearing presently set for January 22, 2007 at 11 a.m. to Monday,
26 March 19, 2007 at 11 a.m.. This stipulation is being filed on behalf of all counsel in this
27 case.
28

Additional discovery is being provided to all counsel and three new attorneys have recently been appointed to represent defendants in this case. Accordingly, the continuance will benefit all counsel in their review of the discovery to determine if there are any discovery disputes that need to be addressed.

The time period from January 22, 2007 to March 19, 2007, would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. Additionally, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) given the nature of the prosecution, the volume of the evidence, the fact that several wiretaps were involved, it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the time limits established by the Speedy Trial Act.

Dated: January 12, 2007

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Co-Counsel for Defendant
NATALI MEDINA CISNEROS
ON BEHALF OF ALL COUNSEL AND DEFENDANTS

Dated: January 12, 2006

/s/ Stephen H Jigger
STEPHEN H. JIGGER
Assistant United States Attorney

SO ORDERED:
1/16/07

MARILYN H. PATEL
Judge, United States District Court