```
1  Nina Wilder (SBN 100474)
     Law Offices Of
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone (415) 431-3472
4  Facsimile  (415) 552-2703

5  Attorneys for Defendant
   STANLEY PRIOR, Jr.
6
```



E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 06-0316-MHP (BZ) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO MODIFY** |
| | ) | **CONDITIONS OF RELEASE;** |
| vs. | ) | **PROPOSED ORDER** |
| STANLEY PRYOR, Jr., | ) | |
| Defendant. | ) | |

**IT IS AGREED** by the parties, through their undersigned attorneys, that the conditions of defendant Stanley Pryor's bond may be modified temporarily to permit one of the sureties, Sandra E. Cardozo, to obtain re-financing of her property at 101 Tammy Circle, Baypoint, California, which has been pledged as security for defendant's release on a $250,000.00 partially-secured bond. The sole purpose of the re-financing is to lower Ms. Cardozo's monthly mortgage payments and she will personally pay all costs associated with the re-financing.

Defendant's bond is also secured by $25,000.00 in cash posted with the court, together with the signatures of Sharice Cooper, defendant's custodian as well as surety, Bruce Lang, Johnnie Simon, Maria Thomas, and Ms. Cardozo.

As part of the closing of escrow for the re-financing of the above-described property, the Title Company will be instructed to record a new trust deed re-instating the district court's

1

security lien immediately upon recording the new mortgage-holder's deed of trust. The re-financing will be completed thirty (30) days after the reconveyance. Defendant is required to notify the Court and the government as soon as the new Deed of Trust has been recorded and the property re-posted, which is to occur no later than June 15, 2007.

Ms. Cardozo's bond obligation remains in effect during the period of the re-financing and she remains personally liable for the entire amount of the bail.

The government enters this stipulation pursuant to defendant's and Ms. Cardozo's representation that the re-financing of the property at 101 Tammy Circle will not impair the amount of equity pledged to the court.

Dated: May 1, 2007

/s/ STEPHEN H. JIGGER
STEPHEN H. JIGGER
Assistant United States Attorney


/ s / NINA WILDER
NINA WILDER
Attorneys for Defendant
STANLEY PRYOR, Jr.

///

///

///

///

///

2

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that, for the sole purposed of permitting the surety, Sandra E. Cardozo, to obtain re-financing, Ms. Cardozo's interest in the property located at 101 Tammy Circle, Baypoint, California, posted as security for defendant Pryor's release, shall be reconveyed temporarily to its owner, Sandra E. Cardozo, and a new Deed of Trust securing the bond shall be recorded by the escrow or title company directly upon completion of the re-financing transaction and the recording of the new mortgage-holder's lien.

Defendant shall notify the Court and the government as soon as the new Deed of Trust is recorded and the property is re-posted, which must take place no later than June 15, 2007.

Ms. Cardozo remains personally liable for the full amount of the $250,000.00 bond, and all other conditions of release shall remain in effect, during the period of temporary reconveyance.

Dated: 1 May 07

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

3