Nina Wilder (SBN 100474)
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile  (415) 552-2703

Attorneys for Defendant
STANLEY PRYOR, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-0316-MHP (BZ) |
| Plaintiff, ) | |
| ) | **STIPULATION TO EXTEND TIME TO RE-POST SECURITY; ORDER** |
| vs. ) | |
| STANLEY PRYOR, Jr., ) | |
| Defendant. ) | |

**IT IS AGREED** by the parties, through their undersigned attorneys, that the date for re-posting the property at 101 Tammy Circle, Baypoint, California, temporarily reconveyed to allow the surety/owner Sandra E. Cardozo to refinance to reduce her mortgage payments, shall be extended to July 2, 2007 for the following reasons:

Although the stipulated order permitting the refinancing of the property at 101 Tammy Circle was signed on May 1, 2007, the Deed of Reconveyance was not executed by the Clerk of the Court until May 15, 2007, and was not received by Ms. Cardozo until May 22, 2007.

The company handling the re-financing, Pacific Western Bancorp., Pleasanton, California, would not proceed with the escrow until the Deed of Reconveyance was recorded. The escrow period is 30 days, and the escrow company is Alliance Title Co., Dublin, California.

1

Due to the delay in obtaining the Deed of Reconveyance. there will be a corresponding delay in the time required for completion of the re-financing transaction, and the subsequent recording of a new deed re-posting the property at 101 Tammy Circle as security for defendant Pryor's release.

Accordingly. the parties have agreed to an extension of the deadline for re-posting the subject property on all the conditions set forth in the original order temporarily modifying defendant Pryor's bond.

Dated: June   , 2007

/s/ STEPHEN H. JIGGER
STEPHEN H. JIGGER
Assistant United States Attorney

/ s / NINA WILDER
NINA WILDER
Attorneys for Defendant
STANLEY PRYOR, Jr.

**IT IS SO ORDERED.**

Dated:   June 11, 2007

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge



2