Nina Wilder (SBN 100474)
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile (415) 552-2703

Attorneys for Defendant
STANLEY PRYOR, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>STANLEY PRYOR, Jr., )<br><br>Defendant. ) | CR 06-0316-MHP (BZ)<br><br>**SECOND<br>STIPULATION TO EXTEND TIME<br>TO RE-POST SECURITY; ORDER** |

**IT IS AGREED** by the parties, through their undersigned attorneys, that the date for re-posting the property at 101 Tammy Circle, Baypoint, California, temporarily reconveyed to allow the surety/owner Sandra E. Cardozo to refinance to reduce her mortgage payments, shall be extended to August 1, 2007 for the following reasons:

The prior stipulation extended the time for re-posting to July 2, 2007, with the expectation that the re-financing company, Pacific Western Bancorp., Pleasanton, California, would proceed with the escrow once the Deed of Reconveyance was recorded. However, because of the nature of the lien, supporting bail in a federal criminal case, Pacific Western Bancorp. ultimately declined to go forward with the re-financing. On June 29, 2007, Ms. Cardozo retained a loan consultant, Jeff Gysin, who is attempting to place the re-financing with a mortgage lender. (See attached letter of Jeff Gysin.) As previously proffered, Ms. Cardozo will

pay all costs of re-financing and will not withdraw any funds from escrow.

Because defendant Pryor continues to perform well on pretrial release. the government agrees to this final extension of time for re-posting the property at 101 Tammy Circle, subject to all the conditions set forth in the original order temporarily modifying defendant Pryor's bond.

Dated: July 3, 2007


_/s/ STEPHEN H. JIGGER_____
STEPHEN H. JIGGER
Assistant United States Attorney


_/ s / NINA WILDER_____
NINA WILDER
Attorneys for Defendant
STANLEY PRYOR. Jr.


**IT IS SO ORDERED.**

Dated:    July 5, 2007

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2



June 29, 2007


Dear: Sandra

First I would like to thank you for the opportunity to do business
with you. Your level of expertise shows in your diligence in getting
me the information as requested. This will make the process move
much faster.

Here are the two packages that I need signed and sent back to me.
As you can see I have put another California Overnight package
along with your 1003 and disclosures. After you have signed them
please call them and they will come and pick it up from your office.
Please make sure you sign the highlighted areas.

Please review the Good Faith estimate in the package. In order for .
you not to come in with money I lowered some fees. Tammy Circle
was difficult to get pricing on because of the high LTV, we had to
buy the rate down to keep it at the 8.375 we discussed for ½ of a
point. So the fee on this one is 1.5%, however in order to make up
for the cost I took ½ a point off the of the Round Hill property. We
typically charge $995.00 administration fee on all loans. I broke that
fee in half but I only charged it on Round Hill. If you have any
questions please call me with any questions. I hope you have a great
4th of July

Sincerely,

Jeff Gysin
Loan Consultant


6800 OWENSMOUTH AVE SUITE 160 · CANOGA PARK, CA · 91303
PHONE: 800-801-0172 · FAX 818-593-2080