Nina Wilder (SBN 100474)
    Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile   (415) 552-2703

Attorneys for Defendant
STANLEY PRYOR, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 06-0316-MHP (BZ) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER EXONERATING BAIL** |
| vs. | ) | |
| STANLEY PRYOR, Jr., | ) | |
| Defendant. | ) | |

    IT IS HEREBY ORDERED that bail is exonerated and all funds posted ($10,000.00) shall be reconveyed to Shariece Cooper forthwith.

Dated: 8/6/2009

_____
HONORABLE MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel