1  Nina Wilder (SBN 100474)
      Law Offices Of
2  WEINBERG & WILDER
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone (415) 431-3472
4  Facsimile   (415) 552-2703

5  Attorneys for Defendant
   STANLEY PRYOR, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-0316-MHP |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| ) | **HALF-WAY HOUSE SURRENDER** |
| ) | **DATE; [proposed] ORDER** |
| vs. ) | |
| ) | |
| STANLEY PRYOR, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS AGREED** by the parties, through their undersigned attorneys, that defendant Stanley Pryor's date to surrender to serve his six-month half-way house commitment shall be continued from November 16, 2009 to January 15, 2009 for the following reasons:

A few months ago, Mr. Pryor's son, Stanley (III), was involved in an automotive accident which resulted in the death of a neighbor. Because young Stanley momentarily left the scene of the accident, he has been charged with a hit-and-run. At the most recent court appearance last month, the family was advised that it would be given written notification of the next court date.

This incident and its consequences have been traumatic for the family. Mr. Pryor's presence in the home and his availability have been stabilizing and a source of comfort for not

only his son Stanley, but also for Ms. Cooper and their other children. Conversely, his absence from the home, even if only in a half-way house, during this period would greatly increase the family's stress and anxiety.

Secondarily, the half-way is some distance from Mr. Pryor's home in Pittsburgh and his transportation to and from his employment will consume some of the time he otherwise would be allowed to spend with his children. Mr. Pryor had planned to purchase a vehicle with the return of his federal cash bond but had to use those funds to post a non-refundable bond for his son with a bail bonds company.

Mr. Pryor's Probation Officer, Myra Turner, has no objection to continuing his date for surrender to the half-way house.

For the above-stated reasons, the parties have agreed to a two-month extension of Mr. Pryor's surrender date to maintain his full-time presence in the home while the outcome of the his son's criminal remains uncertain.

Dated: November 9, 2009

    /s/ STEPHEN H. JIGGER
STEPHEN H. JIGGER
Assistant United States Attorney

    / s / NINA WILDER
NINA WILDER
Attorneys for Defendant
STANLEY PRYOR, Jr.

**IT IS SO ORDERED.**

Dated: 11/12/2009

HONORABLE
United States

IT IS SO ORDERED
Judge Marilyn H. Patel